1  SUSAN S. MUCK (CSB No. 126930)
   smuck@fenwick.com
2  ALEXANDRA P. GRAYNER (CSB No. 290591)
   lgrayner@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA  94104
   Telephone:    415.875.2300
5  Facsimile:    415.281.1350

6  FELIX S. LEE (CSB No. 197084)
   flee@fenwick.com
7  MICHAEL DAVIS-WILSON (CSB No. 259790)
   mdaviswilson@fenwick.com
8  FENWICK & WEST LLP
   Silicon Valley Center
9  801 California Street
   Mountain View, CA  94041
10 Telephone:    650.988.8500
   Facsimile:    650.938.5200

Attorneys for Defendants Zack Rinat, Sujan Jain,
12 James W. Breyer, Sarah Friar, Mark Garrett,
   Charles J. Robel and Model N, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>    v.<br><br>MODEL N, INC., ZACK RINAT, SUJAN JAIN, JAMES W. BREYER, SARAH FRIAR, MARK GARRETT, CHARLES J. ROBEL, J.P. MORGAN SECURITIES LLC, DEUTSCHE BANK SECURITIES INC., STIFEL, NICOLAUS & COMPANY, INCORPORATED, PACIFIC CREST SECURITIES LLC, PIPER JAFFRAY & CO., RAYMOND JAMES & ASSOCIATES, INC. and DOES 1-25, inclusive,<br><br>            Defendants. | Case No. C 14-04516 WHO<br><br>CLASS ACTION<br><br>JOINT STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO REMAND AND REVISING BRIEFING SCHEDULE<br><br>DATE ACTION FILED: 9/5/14<br>(Removed 10/8/14) |

STIP. AND ORDER RE HEARING AND
BRIEFING SCHEDULE

WHEREAS, on November 5, 2014, Plaintiff Plymouth County Retirement System filed a Notice of Motion and Motion to Remand and a Memorandum of Points and Authorities in Support Thereof (the "Motion");

WHEREAS, by stipulation by the Parties pursuant to Civil L.R. 6-1(a), Defendants are not required to respond to existing complaints until after the Motion is decided and Plaintiff files an amended complaint;

WHEREAS, by stipulation by the Parties pursuant to Civil L.R. 6-1(a), Defendants will respond to Plaintiff's amended complaint within 60 days after service;

WHEREAS, by stipulation by the Parties pursuant to Civil L.R. 6-1(a), if Defendants file any motions directed at the amended complaint, the opposition and reply briefs shall be filed within 60 days and 30 days, respectively, of that response;

WHEREAS, pursuant to Civil Local Rule 7-3(a), Defendants' Response to Plaintiff's Motion must be filed by November 19, 2014;

WHEREAS, pursuant to Civil Local Rule 7-3(c), Plaintiff's Reply in support of Plaintiff's Motion must be filed by November 26, 2014;

WHEREAS, the Motion is currently noticed for hearing on Wednesday, December 17, 2014, at 2:00 p.m.;

WHEREAS, counsel for the Parties have conferred regarding the briefing schedule on the Motion, and Defendants have requested a modification of the current briefing schedule due to the complexity of issues pertaining to the Motion and the schedules of counsel, and Plaintiff does not object to such modification;

WHEREAS, no other dates will be affected by this Stipulation if approved by the Court;

NOW, THEREFORE, in consideration of the foregoing, and pursuant to Civil L.R. 6-2(a), the parties stipulate, and the Court hereby orders, as follows:

1. Defendants' Response to Plaintiff's Motion to Remand must be filed no later than December 3, 2014;
2. Plaintiff's Reply in Support of the Motion to Remand must be filed no later than December 17, 2014;
3. The hearing on Plaintiff's Motion to Remand will be continued to Wednesday, January 7, 2015, at 2:00 p.m.

STIP. AND ORDER RE HEARING AND
BRIEFING SCHEDULE                    1

| | | |
|---|---|---|
| 1 | DATED: November 11, 2014 | ROBBINS GELLER RUDMAN & DOWD LLP |
| 2 | | CHRISTOPHER P. SEEFER |

    /s/ Christopher P. Seefer
    CHRISTOPHER P. SEEFER

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415.288.4545
Fax: 415.288.4534
Email: chriss@rgrdlaw.com

Attorney for Plaintiff Plymouth County Retirement System

DATED: November 11, 2014

FENWICK & WEST LLP
SUSAN S. MUCK

    /s/ Susan S. Muck
    SUSAN S. MUCK

555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350
smuck@fenwick.com

Attorney for Defendants Zack Rinat, Sujan Jain, James W. Breyer, Sarah Friar, Mark Garrett, Charles J. Robel and Model N, Inc.

STIP. AND ORDER RE HEARING AND BRIEFING SCHEDULE     2

| | |
|---|---|
| 1   DATED: November 11, 2014 | SIDLEY AUSTIN LLP<br>NORMAN J. BLEARS |

                                                                   /s/ Norman J. Blears
                                                                   NORMAN J. BLEARS

1001 Page Mill Road
Building 1
Palo Alto, CA 94304
Telephone: 650.565.7103
Facsimile: 650.565.7100
nblears@fenwick.com

Attorney for Defendants J.P. Morgan Securities LLC, Deutsche Bank Securities Inc., Stifel, Nicolaus & Company, Incorporated, Pacific Crest Securities LLC, Piper Jaffray & Co., and Raymond James & Associates, Inc.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

3  DATED: November 12, 2014    _____
4                              Honorable William H. Orrick
                                United States District Judge

STIP. AND ORDER RE HEARING AND
BRIEFING SCHEDULE                    4